UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Legacy Mortgage Asset Trust

In Re:

Dayna Pimentel,

Debtor.

Case No.:        19-18920-JNP

Chapter:             13

Hearing Date:    8/7/2019

Judge:            Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 15)

_____

Date: 8/5/2019                                /s/ Denise Carlon
                                              Signature

*rev.8/1/15*