| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Ned M Mazer, Esq.<br>31 Station Avenue<br>Somerdale, New Jersey   08083<br>856-346-9393<br>nmazer9393@comcast.net<br>Attorney for Debtors | |
| In Re:<br>Dayna Pimentel, a/k/a Dayna Ilvelisse Pimentel Ortiz<br>James Santiago | Case No.: 19-18920 JNP<br>Chapter: 13<br>Judge: JNP |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that ___Ned M Mazer, Esq.___ will be substituted as attorney of record for ___D. Pimentel & J. Santiago___, ___debtors___ in this case.[1]

Date: 11/11/2020

/s/ Daniel McCormack, Esq.
Signature of Former Attorney

Date: 11/11/2020

/s/ Ned M Mazer, Esq.
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.