UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Legacy Mortgage Asset Trust 2019-GS1

| | |
|---|---|
| In Re: | Case No.:  19-18920-JNP |
| Dayna Pimental, | Chapter:  13 |
| Debtor. | Hearing Date:  11/24/2020 |
| | Judge:  Poslusny |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 1021 Atlantic Avenue (Docket # 27)

_____

Date: 11/18/2020                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*