Printed on: 12/31/2020
ISABEL C. BALBOA [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020
**Case Number: 19-18920 (JNP)**

Dayna Pimentel
1021 Atlantic Avenue
Camden, NJ  08104

Monthly Payment: $176.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/15/2020 | $200.00 | 02/28/2020 | $180.00 | 03/10/2020 | $200.00 | 04/15/2020 | $180.00 |
| 05/19/2020 | $180.00 | 06/16/2020 | $180.00 | 07/28/2020 | $180.00 | 08/14/2020 | $200.00 |
| 09/17/2020 | $180.00 | 11/03/2020 | $180.00 | 11/19/2020 | $200.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | DAYNA PIMENTEL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | DANIEL MC CORMACK, ESQUIRE | 13 | $4,000.00 | $3,001.44 | $998.56 | $0.00 |
| 0 | NED M. MAZER, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING, INC. | 24 | $331.92 | $0.00 | $331.92 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $562.06 | $0.00 | $562.06 | $0.00 |
| 4 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $757.63 | $0.00 | $757.63 | $0.00 |
| 5 | DISCOVER BANK | 33 | $6,950.45 | $0.00 | $6,950.45 | $0.00 |
| 6 | PREMIER BANKCARD, LLC | 33 | $1,269.92 | $0.00 | $1,269.92 | $0.00 |
| 7 | FIRST SAVING BANK / BLAZE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | THE BANK OF MISSOURI | 33 | $669.12 | $0.00 | $669.12 | $0.00 |
| 9 | CAPITAL ONE, N.A. | 33 | $1,814.16 | $0.00 | $1,814.16 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $2,010.27 | $0.00 | $2,010.27 | $0.00 |
| 11 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,305.31 | $0.00 | $2,305.31 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,511.47 | $0.00 | $1,511.47 | $0.00 |
| 17 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRANSWORLD SYSTEMS INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | VERIZON BY AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,012.16 | $0.00 | $1,012.16 | $0.00 |
| 22 | DANIEL MCCORMACK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MIDLAND FUNDING, LLC | 33 | $3,605.15 | $0.00 | $3,605.15 | $0.00 |
| 25 | MIDLAND FUNDING, LLC | 33 | $1,034.89 | $0.00 | $1,034.89 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 26 | MIDLAND FUNDING, LLC | 33 | $2,166.47 | $0.00 | $2,166.47 | $0.00 |
| 27 | ATLAS ACQUISITIONS, LLC | 33 | $805.07 | $0.00 | $805.07 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $350.40 | $0.00 | $350.40 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $511.14 | $0.00 | $511.14 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $337.15 | $0.00 | $337.15 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|-----------|-----------|---------|
| 06/01/2019 | 60.00 | $176.00 |
| 06/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,060.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $183.20 |
| Arrearages: | ($116.00) |
| Attorney: | NED M. MAZER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**