**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
For the period of 01/01/2021 to 12/31/2021
**Case Number: 19-18920 (JNP)**

Dayna Pimentel
1021 Atlantic Avenue
Camden, NJ  08104

Monthly Payment: $176.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/12/2021 | $200.00 | 01/20/2021 | $180.00 | 02/16/2021 | $180.00 | 03/10/2021 | $180.00 |
| 04/13/2021 | $180.00 | 05/11/2021 | $180.00 | 06/09/2021 | $180.00 | 07/13/2021 | $180.00 |
| 08/03/2021 | $180.00 | 09/14/2021 | $180.00 | 10/12/2021 | $180.00 | 11/16/2021 | $180.00 |
| 12/15/2021 | $180.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | DAYNA PIMENTEL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | DANIEL MC CORMACK, ESQUIRE | 13 | $4,000.00 | $4,000.00 | $0.00 | $3,001.44 |
| 0 | NED M. MAZER, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING, INC. | 24 | $331.92 | $331.92 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $562.06 | $17.25 | $544.81 | $0.00 |
| 4 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $757.63 | $23.26 | $734.37 | $0.00 |
| 5 | DISCOVER BANK | 33 | $6,950.45 | $213.39 | $6,737.06 | $0.00 |
| 6 | PREMIER BANKCARD, LLC | 33 | $1,269.92 | $38.99 | $1,230.93 | $0.00 |
| 7 | FIRST SAVING BANK / BLAZE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | THE BANK OF MISSOURI | 33 | $669.12 | $20.54 | $648.58 | $0.00 |
| 9 | CAPITAL ONE, N.A. | 33 | $1,814.16 | $55.70 | $1,758.46 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $2,010.27 | $61.72 | $1,948.55 | $0.00 |
| 11 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,305.31 | $70.78 | $2,234.53 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,511.47 | $46.41 | $1,465.06 | $0.00 |
| 17 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRANSWORLD SYSTEMS INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | VERIZON BY AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,012.16 | $31.07 | $981.09 | $0.00 |
| 22 | DANIEL MCCORMACK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MIDLAND FUNDING, LLC | 33 | $3,605.15 | $110.69 | $3,494.46 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 25 | MIDLAND FUNDING, LLC | 33 | $1,034.89 | $31.77 | $1,003.12 | $0.00 |
| 26 | MIDLAND FUNDING, LLC | 33 | $2,166.47 | $66.51 | $2,099.96 | $0.00 |
| 27 | ATLAS ACQUISITIONS, LLC | 33 | $805.07 | $24.72 | $780.35 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $350.40 | $10.76 | $339.64 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $511.14 | $15.69 | $495.45 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $337.15 | $10.35 | $326.80 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|-----------|-----------|---------|
| 06/01/2019 | 60.00 | $176.00 |
| 06/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,360.00 |
| Total paid to creditors this period: | $3,001.44 |
| Undistributed Funds on Hand: | $164.88 |
| Arrearages: | ($364.00) |
| Attorney: | NED M. MAZER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**