Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-18920 (JNP)

Dayna Pimentel  
1021 Atlantic Avenue  
Camden, NJ  08104

Monthly Payment: $176.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/14/2022 | $180.00 | 02/14/2022 | $180.00 | 03/14/2022 | $180.00 | 04/12/2022 | $180.00 |
| 05/11/2022 | $180.00 | 06/14/2022 | $180.00 | 07/14/2022 | $180.00 | 08/12/2022 | $180.00 |
| 09/26/2022 | $180.00 | 10/12/2022 | $180.00 | 11/17/2022 | $180.00 | 12/07/2022 | $180.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DAYNA PIMENTEL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | DANIEL MC CORMACK, ESQUIRE | 13 | $4,000.00 | $4,000.00 | $0.00 | $998.56 |
| 0 | NED M. MAZER, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING, INC. | 24 | $331.92 | $331.92 | $0.00 | $331.92 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $562.06 | $57.43 | $504.63 | $17.25 |
| 4 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $757.63 | $77.41 | $680.22 | $23.26 |
| 5 | DISCOVER BANK | 33 | $6,950.45 | $710.17 | $6,240.28 | $213.39 |
| 6 | PREMIER BANKCARD, LLC | 33 | $1,269.92 | $129.76 | $1,140.16 | $38.99 |
| 7 | FIRST SAVING BANK / BLAZE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | THE BANK OF MISSOURI | 33 | $669.12 | $68.37 | $600.75 | $20.54 |
| 9 | CAPITAL ONE, N.A. | 33 | $1,814.16 | $185.36 | $1,628.80 | $55.70 |
| 10 | LVNV FUNDING, LLC | 33 | $2,010.27 | $205.40 | $1,804.87 | $61.72 |
| 11 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,305.31 | $235.55 | $2,069.76 | $70.78 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,511.47 | $154.44 | $1,357.03 | $46.41 |
| 17 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRANSWORLD SYSTEMS INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | VERIZON BY AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,012.16 | $103.42 | $908.74 | $31.07 |
| 22 | DANIEL MCCORMACK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MIDLAND FUNDING, LLC | 33 | $3,605.15 | $368.36 | $3,236.79 | $110.69 |
| 25 | MIDLAND FUNDING, LLC | 33 | $1,034.89 | $105.74 | $929.15 | $31.77 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | MIDLAND FUNDING, LLC | 33 | $2,166.47 | $221.36 | $1,945.11 | $66.51 |
| 27 | ATLAS ACQUISITIONS, LLC | 33 | $805.07 | $82.26 | $722.81 | $24.72 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $350.40 | $35.81 | $314.59 | $10.76 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $511.14 | $52.23 | $458.91 | $15.69 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $337.15 | $34.45 | $302.70 | $10.35 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2019 | 60.00 | $176.00 |
| 06/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,160.00 |
| Total paid to creditors this period: | $2,180.08 |
| Undistributed Funds on Hand: | $164.52 |
| Arrearages: | ($412.00) |
| Attorney: | NED M. MAZER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**