UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Law Office of David A Snyder
BY: David A Snyder  ds0475
11 W. Ormond Avenue
Suite 150 C
Cherry Hill, NJ  08002
856-547-5888
(F) 856-656-0430
Email:
dasnyderlaw@aol.com
Attorney for the Debtor, Dayna Pimentel

_____

| | |
|---|---|
| IN RE: | Case No.  19-18920 JNP |
| Dayna Pimentel aka Dayna Ilvelisse Pimentel Ortiz,<br>Debtor | |
| James Santiago<br>Co-Debtor | |
| | Hearing date: |
| | Judge Poslusny |

The undersigned hereby consent to the withdrawal of Ned A. Mazer, Esquire, and the substitution of David A. Snyder, as Attorney for the Debtor, Dayna Pimentel, in the above entitled case.

DATED: 12/14/23                              DATED: 12/14/23


__/s/ Ned A. Mazer__                         __/s/ David A Snyder____
Ned A Mazer                                  DAVID A. SNYDER
Withdrawing Attorney
Retired from practice                        Superseding Attorney