Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–18920–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dayna Pimentel
   aka DAYNA ILVELISSE PIMENTEL ORTIZ
   1021 ATLANTIC AVENUE
   Camden, NJ 08104

Social Security No.:
   xxx–xx–8433

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               January 9, 2024
Time:             11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*44* – Certification in Opposition to (related document:42 Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 1021 Atlantic Ave City Of Camden NJ 08104. Fee Amount $ 181. filed by Creditor Legacy Mortgage Asset Trust 2019–GS1, Motion for Relief from Co–Debtor Stay of James Santiago, 32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Legacy Mortgage Asset Trust 2021–GS5. Objection deadline is 12/15/2023. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Legacy Mortgage Asset Trust 2021–GS5) filed by David A Snyder on behalf of Dayna Pimentel. (Snyder, David)

and transact such other business as may properly come before the meeting.


Dated: December 15, 2023
JAN: lgr

                                            Jeanne Naughton
                                            Clerk