**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Legacy Mortgage Asset Trust 2021-GS5

In Re:

Dayna Pimental,

Debtor.

Case No.:     19-18920-JNP

Chapter:     13

Hearing Date:     01/09/2024

Judge:     Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 42)

_____

Date: 01/04/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*