UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                                                              CASE NO.: 19-18920
                                                                                                                       CHAPTER 13

**Dayna Pimentel,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of LEGACY MORTGAGE ASSET TRUST 2021-GS5 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 Morris Rd. Suite 450**
**Alpharetta, GA 30004**

                                                  Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                  Attorney for Secured Creditor
                                                  130 Clinton Rd #202
                                                  Fairfield, NJ 07004
                                                  Telephone: 470-321-7112
                                                  Facsimile: 404-393-1425

                                                  By: <u>/s/Kimberly Wilson</u>
                                                       Kimberly Wilson
                                                       Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DAYNA PIMENTEL
1021 ATLANTIC AVENUE
CAMDEN, NJ 08104

And via electronic mail to:

LAW OFFICE OF DAVID A. SNYDER
11 WEST ORMOND AVENUE
SUITE 150 C
CHERRY HILL, NJ 08002

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38
SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/Journie Morosky