Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−18920−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dayna Pimentel
   aka DAYNA ILVELISSE PIMENTEL
   ORTIZ
   1021 ATLANTIC AVENUE
   Camden, NJ 08104

Social Security No.:
   xxx−xx−8433

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
      proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
      proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
      due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
      due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
      commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
      case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
      the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
      Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
      Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
      of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
      Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: August 12, 2024
JAN: lgr

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-18920-JNP |
| Dayna Pimentel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 12, 2024 | Form ID: cscnodsc | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dayna Pimentel, 1021 ATLANTIC AVENUE, Camden, NJ 08104-1131 |
| aty | + | Kimberly Wilson, Robertson, Anschutz, Schneid Crane et al, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 12 2024 20:45:00 | Legacy Mortgage Asset Trust 2021-GS5, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 518315727 | | Email/Text: bnc@atlasacq.com | Aug 12 2024 20:45:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518220959 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 12 2024 20:45:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982238, El Paso, TX 79998-2238 |
| 518220960 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2024 21:01:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518280798 | | Email/PDF: bncnotices@becket-lee.com | Aug 12 2024 21:01:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518345674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2024 21:12:10 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518220961 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2024 21:01:16 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518220962 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 12 2024 20:47:00 | Credit Collection Service, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 518220978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2024 21:01:16 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518344979 | | Email/Text: bnc-quantum@quantum3group.com | Aug 12 2024 20:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518232393 | | Email/Text: mrdiscen@discover.com | Aug 12 2024 20:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518220963 | + | Email/Text: mrdiscen@discover.com | Aug 12 2024 20:45:00 | Discover Financial, Po Box 3025, New Albany, |

Case 19-18920-JNP    Doc 57    Filed 08/14/24    Entered 08/15/24 00:16:20    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: cscnodsc | Total Noticed: 47 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | OH 43054-3025 |
| 518323151 | Email/Text: BNCnotices@dcmservices.com | Aug 12 2024 20:46:00 | EMERGENCY PHYSICIAN ASSOCIATES OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518220965 | Email/Text: BNBLAZE@capitalsvcs.com | Aug 12 2024 20:45:00 | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 518220964 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 12 2024 21:12:21 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518220966 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 12 2024 20:45:00 | Fortivaloan, Attn: Bankruptcy Department, 5 Concourse Parkway, Suite 300, Atlanta, GA 30328-6101 |
| 518220967 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 12 2024 20:45:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518236248 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2024 21:01:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518220968 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2024 21:12:12 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518344627 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 12 2024 20:47:00 | Legacy Mortgage Asset Trust 2019-GS1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519572480 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 12 2024 20:47:00 | Legacy Mortgage Asset Trust 2021-GS5, C/O Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT. 84165-0250, Legacy Mortgage Asset Trust 2021-GS5, C/O Select Portfolio Servicing 84165-0250 |
| 520338618 | + Email/Text: RASEBN@raslg.com | Aug 12 2024 20:45:00 | Legacy Mortgage Asset Trust 2021-GS5, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519572479 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 12 2024 20:47:00 | Legacy Mortgage Asset Trust 2021-GS5, C/O Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 518220969 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2024 20:46:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518299557 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2024 20:46:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518670343 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2024 21:00:46 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518670344 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2024 21:25:11 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518342021 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2024 21:01:08 | Portfolio Recovery Associates, LLC, c/o Avenue, POB 41067, Norfolk VA 23541 |
| 518341952 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2024 21:01:44 | Portfolio Recovery Associates, LLC, c/o Gamestop, POB 41067, Norfolk VA 23541 |
| 518342036 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2024 21:01:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518341961 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2024 21:12:10 | Portfolio Recovery Associates, LLC, c/o Modells, POB 41067, Norfolk VA 23541 |
| 518342016 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2024 21:12:11 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518220970 | Email/Text: signed.order@pfwattorneys.com | Aug 12 2024 20:45:00 | MIDLAND FUNDING C/O, PRESSLER & |

Case 19-18920-JNP    Doc 57    Filed 08/14/24    Entered 08/15/24 00:16:20    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: cscnodsc | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PRESSLER, 7 ENTIN RD., Parsippany, NJ 07054 |
| 518220972 | | Email/Text: signed.order@pfwattorneys.com | Aug 12 2024 20:45:00 | PRESSLER & PRESSLER, 7 ENTIN RD., Parsippany, NJ 07054 |
| 518220973 | | Email/Text: signed.order@pfwattorneys.com | Aug 12 2024 20:45:00 | PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN ROAD, Parsippany, NJ 07054-5020 |
| 518220971 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2024 21:12:03 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518301936 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 12 2024 20:46:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518224908 | ^ | MEBN | Aug 12 2024 20:45:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518220974 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2024 21:12:15 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518220975 | + | Email/Text: bncmail@w-legal.com | Aug 12 2024 20:46:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518300455 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 12 2024 20:45:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518220976 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 12 2024 20:47:00 | Transworld Systems Inc, Attn: Bankruptcy, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 518220977 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 12 2024 20:45:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518299559 | *+ | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2024            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 12, 2024 | Form ID: cscnodsc | Total Noticed: 47 |

Andrew B Finberg
    ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

David A Snyder
    on behalf of Debtor Dayna Pimentel dasnyderlaw@aol.com
    g26258@notify.cincompass.com;snyder.davidb121471@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS5 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS1 kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Kimberly A. Wilson
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS5 kimwilson@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8